UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BOXABL INC.,

                          Plaintiff,

        -v-

YANNI TASSEV *a/k/a* Iani Tassev,

                          Defendant.

23-CV-3531 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    On May 1, 2023, the Court ordered Plaintiff to show cause as to why venue was proper in the Southern District of New York. (ECF No. 10.) Via a letter submitted to the Court on May 12, 2023, Plaintiff expressed its consent to the Court transferring this matter to the District of Nevada.

    "For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented." 28 U.S.C. § 1404(a). The Court determines that this matter might have been brought in the District of Nevada based on the employment agreements and confidentiality agreement attached to Plaintiff's complaint as Exhibits A, B, and C, each of which contains a forum selection and/or choice of law provision requiring that any lawsuit arising from each agreement be brought in federal or state court in Nevada. (*See* ECF No. 10.)

    The Clerk of Court is therefore respectfully directed to transfer this case to the United States District Court for the District of Nevada.

    SO ORDERED.

Dated: May 15, 2023
       New York, New York

_____
J. PAUL OETKEN
United States District Judge