Lori N. Brown, Esq. (SBN 8858)
**GORDON REES SCULLY MANSUKHANI, LLP**
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
Email: lbrown@grsm.com

-AND-

Peter E. Strniste, Jr., Esq.
*Admitted Pro Hac Vice*
**GORDON REES SCULLY MANSUKHANI, LLP**
One Battery Park Plaza, 28th Floor
New York, NY 10004
Telephone: (212) 269-5500
Facsimile: (212) 269-5505
Email: pstrniste@grsm.com;

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BOXABL INC., ) | Case No.: 2:23-cv-00760-CDS-VCF |
| )   Plaintiff, ) | |
| v. ) | |
| ) YANNI TASSEV a/k/a IANI TASSEV ) | |
| )   Defendant. ) | |

**ORDER**

Having reviewed Plaintiff, Boxabl, Inc. ("Boxabl" or "Plaintiff")'s Motion to Serve by Publication and Email and related declarations and other court filings in connection therewith,

**IT IS HEREBY ORDERED** that the deadline for effectuating service upon the defendant Yanni Tassev of the Summons and Verified Amended Complaint with exhibits (ECF No. 15, "Complaint") in this action shall be extended until and including January 31, 2024 ("Service

-1-

Deadline") and Plaintiff shall be permitted to effectuate service upon the Defendant by any of the following means specified below:

1. **By Email:** Plaintiff shall serve an electronic copy of the Summons and Complaint with exhibits to Defendant via each of the following email addresses: Iani.tassev@gmail.com; iani.tassev@me.com; yanni@3nerji.com and shall file a Return of Service with the Court by the Service Deadline confirming that such service was made and also stating whether any undeliverable or similar error messages were received in connection with any of the email addresses served.

2. **By Text Message:** Plaintiff shall serve an electronic copy of the Summons and Complaint with exhibits to Defendant via text message to the cell phone number of (917) 912-9522 and shall file a Return of Service with the Court by the Service Deadline confirming that such service was made and also stating whether any undeliverable or similar error messages were received in connection with any of the email addresses served.

3. **By Publication:** Publication shall be made in either the *Nevada Appeal* or the *Las Vegas Review Journal* and also in the *Poughkeepsie Journal* on or before the Service Deadline and Plaintiff shall file a Return of Service with the Court by the Service Deadline confirming that such service was made. The text of the publication notices shall read as follows:

*UNITED STATES DISTRICT COURT DISTRICT OF NEVADA; Case No.: 2:23-cv-00760-CDS-VCF; Boxabl Inc., Plaintiff v. Yanni Tassev a/k/a Iani Tassev, Defendant. SUMMONS NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 21 DAYS. READ THE INFORMATION BELOW. TO THE DEFENDANT(S): A civil Complaint has been filed by the Plaintiff(s) against you for the relief set forth in the Complaint. Object of Action: This is a Complaint for Breach of Contract; violation of the Computer Fraud*

*& Abuse Act, 18 U.S.C. § 1030, et seq.; violation of the Defend Trade Secrets Act, 18 U.S.C. § 1831, et seq.; Conversion; Unjust Enrichment; Breach of the Covenant of Good Faith and Fair Dealing; and a demand for temporary and permanent injunctive relief. If you intend to defend the lawsuit within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are Lori N. Brown, Esq. Peter E. Strniste, Esq. Gordon Rees Scully Mansukhani, LLP 300 S. 4th Street, Suite 1550 Las Vegas, NV 89101. If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.*

So Ordered,