UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Boxabl Inc., | Case No. 2:23-cv-00760-CDS-MDC |
| Plaintiff | **Ordering Plaintiff to File a Status Report** |
| v. | |
| Yanni Tassev, | |
| Defendant | |

In June 2024, I ordered plaintiff Boxabl Inc. to move for default against defendant Yanni Tassev or show cause why it is not doing so. Order, ECF No. 51. In response, Boxabl filed a status report and a motion seeking the entry of default by the clerk. ECF Nos. 52; 53. Default was entered on July 29, 2024. ECF No. 54. In January 2025, United States Magistrate Judge Maximiliano D. Couvillier III granted Boxabl's ex parte request for leave to conduct limited discovery against Tassev in default. *See* ECF Nos. 63; 64. Judge Couvillier found that because Tassev defaulted, there was good cause to grant Boxabl leave to conduct third-party discovery. ECF No. 64 at 2. Although Judge Couvillier's order did not include a limited discovery cut-off date, there has been no activity in this case since January 31, 2025. Thus, this case is dangerously close to dismissal for want of prosecution.[1] For that reason, Boxabl is ordered to provide a status of its limited discovery activity—and its timeline for seeking default judgment against Tassev—by October 1, 2025. Failure to respond by the deadline will be deemed consent to dismissal under Fed. R. Civ. P. 41(b).

Dated: September 17, 2025

_____
Cristina D. Silva
United States District Judge

---

[1] "All civil actions that have been pending in this Court for more than 270 days without any proceeding of record having been taken may, after notice, be dismissed for want of prosecution by the court sua sponte or on the motion of an attorney or pro se party." Local Rule 41-1.